■ Ann M. Sawyer et al., Appellants, v Victor Rutecki et al., Respondents. (Appeal No. 1.) [937 NYS2d 920]

Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.